WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691
Osterhoudt@aol.com

Attorney for Defendant,
Bao Lu

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>BAO LU, et al.,<br><br>    Defendants. | **No. CR 99-0433 WBS;<br>CV 07-2063 WBS**<br><br>**ORDER ALLOWING<br>WITHDRAWAL OF 2255 MOTION<br>WITHOUT PREJUDICE** |

On motion of defendant Bao Lu, and good cause appearing, IT IS HEREBY ORDERED THAT defendant Bao Lu's motion to vacate, set aside, or correct judgment and sentence, filed pursuant to 28 USC Section 2255 on October 1, 2007, may be withdrawn by the defendant without prejudice to filing a motion pursuant to Section 2255 after sentence is pronounced on the defendant by this Court.

Dated: May 28, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[Proposed] Order Allowing Withdrawal of 2255 Motion Without Prejudice,
[No.CR-99-0433 (WBS)]

1